**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

AUG 25 2020

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Ricky R. Franklin | COURT CASE NUMBER: 1:19-cv-03853 |
| DEFENDANT: Georgia Power Company | TYPE OF PROCESS: Summons/Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Georgia Power Company Registered Agent - Kevin Pearson
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 241 Ralph McGill Blvd N.E. Bin 10180 Atlanta GA 30308

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Ricky Franklin
708 Brambling Way
Stockbridge GA 30281

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 678-650-3733
DATE: 09 MAY 2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: A19
District to Serve No.: A19
Signature of Authorized USMS Deputy or Clerk: Margarida C Masden
Date: 07/09/2020

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 08/16/2020
Time: 1600 ☒ pm

Signature of U.S. Marshal or Deputy: Simmons

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 2.90  5mi | 8.00 | 75.90 | 0.00 | 75.90 |

**REMARKS:**
1. No one in building since March 3, 2020 per Security