IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Ricky R. Franklin,

         Plaintiff,

                        Case No. 1:19-cv-3853-MLB

v.

Georgia Power Company,

         Defendant.

_____/

## ORDER

Before the Court is the parties' Motion to Stay (Dkt. 34). The parties request that the Court stay this case pending ruling of the United States Supreme Court in *Facebook, Inc. v. Duguid*, 925 F.3d 1146 (9th Cir. 2019), *cert. granted in part*, 2020 WL 3865252 (U.S. July 9, 2020) (No. 19-511). Having considered the motion, it is **GRANTED**. This matter is **STAYED**. The parties are **ORDERED** to notify the Court once the Supreme Court issues its decision in *Facebook, Inc. v. Duguid*. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case during the period of the stay.

**SO ORDERED** this 26th day of January, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE