## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **RICKY R. FRANKLIN,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **Civil Action File No.** |
| | ) **1:19-CV-03853** |
| **GEORGIA POWER COMPANY,** | ) ) |
| **Defendant.** | ) ) |

## **RULE 5.4 CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August 2021, I have caused to be served a copy of **DEFENDANT GEORGIA POWER COMPANY'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF RICKY R. FRANLKIN** via U.S. Mail , postage prepaid, and electronic mail addressed as follows:

> Ricky R. Franklin, *pro se*
> 708 Brambling Way
> Stockbridge, Georgia 30281

Respectfully submitted this 27th day of August, 2021.

> */s/M. Anne Kaulfold-Wiggins*
> M. Anne Kaufold-Wiggins
> Georgia Bar No. 142239
> Email:  awiggins@balch.com
> Jonathan P. Hoffmann

10648044.1

                                    _____
(Admitted Pro Hac Vice)
Email:  jhoffmann@balch.com

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, Georgia 30308-3036
Telephone: (404) 962-3548

*Attorneys for Defendant Georgia Power Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August, 2021, caused a copy of the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** to be electronically filed with the Clerk of Court using the CM/ECF system and served upon counsel of record as follows:

>Ricky R. Franklin, *pro se*
>708 Brambling Way
>Stockbridge, Georgia 30281

>*/s/M. Anne Kaufold-Wiggins*
>M. Anne Kaufold-Wiggins
>Georgia Bar No. 142239

10648044.1