IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICKY R. FRANKLIN,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action File No. |
| **GEORGIA POWER COMPANY,** | ) 1:19-CV-03853 ) ) |
| Defendant. | ) ) ) |

# GEORGIA POWER COMPANY'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civil Procedure 56.1, Defendant Georgia Power Company ("Georgia Power") respectfully submits its Statement of Undisputed Material Facts in support of its Motion for Summary Judgment and Brief in Support as follows:

1. Franklin's Complaint alleges Georgia Power sent him 42 unsolicited text messages, without his prior consent, beginning on October 4, 2018, and ending on November 21, 2018. Complaint, Doc. 3, at ¶¶ 20, 21; *see also* Text Messages, attached hereto as **Exhibit A**.

2. Franklin produced these text messages in response to Georgia Power's Requests for Production. *See* Franklin's Responses to Georgia Power's First Interrogatories and Requests for Production, attached hereto as **Exhibit B**, at 14.

11273710.1

3. In response to Georgia Power's Interrogatory No. 2, which requested Franklin identify "each call [he] received from Georgia Power," Franklin directed Georgia Power to these messages. *See id.* at 10.

4. The messages at issue related to Georgia Power account number 32309-49222 (the "Account"). Complaint at ¶ 20; Declaration of Jeremy Bowden ("Georgia Power Dec."), attached hereto as **Exhibit C**, at ¶ 4.

5. The Account was a "PrePay" account, active from November 10, 2016, until November 24, 2018. Georgia Power Dec., Ex. C, at ¶ 5; Georgia Power's Responses to Plaintiff's First Interrogatories ("Interrogatory Responses"), attached hereto as **Exhibit D**, at 3.

6. With a PrePay account, the customer deposits an amount of funds with Georgia Power, and Georgia Power draws against that deposit as the customer incurs charges for utility services. Georgia Power Dec., Ex. C, at ¶ 6; Interrogatory Responses, Ex. D, at 4.

7. The only telephone number associated with the Account was (404) 287-4934 (the "Phone Number"). Georgia Power Dec., Ex. C, at ¶ 5.

8. Georgia Power sends targeted text messages to its PrePay customers who have consented to receive such messages. *See* Georgia Power Dec., Ex. C, at ¶¶ 7–8, 17; Interrogatory Responses, Ex. D, at 5.

9. When a Georgia Power customer enrolls in a PrePay account, the customer provides Georgia Power with certain contact information, including a phone number. Georgia Power Dec., Ex. C, at ¶ 11.

10. Additionally, the customer is required to select a "notification preference" for receiving notifications concerning the customer's account balance, enrollment, pending disconnects, and other messages. *Id.* at ¶ 7.

11. Available notification preferences include text messaging and email. *Id.* at ¶ 8.

12. Georgia Power's records show that on November 11, 2016, the then holder of the Phone Number affirmatively opted in and consented to receive text messages at the Phone Number. *Id.*; Interrogatory Responses, Ex. D, at 4.

13. No opt-out or revocation of that consent appears in the records. Georgia Power Dec., Ex. C, at ¶ 8; Interrogatory Responses, Ex. D, at 4.

14. Since 2014, Georgia Power, through its agent Southern Company Services, has contracted with EnergyComNetwork, Inc. ("PayGo"), which provides a platform that allows Georgia Power's PrePay customers to monitor their accounts. Georgia Power Dec., Ex. C, at ¶¶ 9–10; Declaration of Jared Gilstrap ("PayGo Dec."), attached hereto as **Exhibit E**, at ¶¶ 4–5; Interrogatory Responses, Ex. D, at 4.

15. When a Georgia Power customer enrolls in a PrePay account, Georgia Power transmits the customer's information to PayGo. Georgia Power Dec., Ex. C, at ¶ 12; PayGo Dec., Ex. E, at ¶ 6.

16. PayGo then creates a customer-specific account and manages the PrePay PayGo account. Georgia Power Dec., Ex. C, at ¶ 12; PayGo Dec., Ex. E, at ¶ 6.

17. Customers also have the ability to enter information into their PayGo account themselves directly after its creation. PayGo Dec., Ex. E, at ¶ 7.

18. In all events, either the customer or a Georgia Power representative acting at the customer's direction manually enters customer data; it is never randomly or sequentially generated by any computer system. Georgia Power Dec., Ex. C, at ¶¶ 13–14; Interrogatory Responses, Ex. D, at 4.

19. PayGo monitors customers' accounts for the occurrence of certain events ("Triggering Events"), such as a low balance. Georgia Power Dec., Ex. C, at at ¶ 15; PayGo Dec., Ex. E, at ¶ 8; Interrogatory Responses, Ex. D, at 4.

20. When a Triggering Event occurs, PayGo's system notifies Georgia Power. Georgia Power Dec., Ex. C, at ¶ 16; PayGo Dec., Ex. E, at ¶ 9; Interrogatory Responses, Ex. D, at 4.

21. PayGo does not generate a notification if a Triggering Event does not occur; all notifications related to a customer are directly tied to the occurrence of specific events concerning that individual customer's account. PayGo Dec., Ex. E, at ¶ 10.

22. The notification informs Georgia Power of the Triggering Event and identifies the phone number associated with the account on which the Triggering Event occurred. Georgia Power Dec., Ex. C, at ¶ 16; PayGo Dec., Ex. E, at ¶ 9; Interrogatory Responses, Ex. D, at 4.

23. Upon receipt of the individualized notification from PayGo, Georgia Power's system generates a text-based, non-voice message, drafted by Georgia Power, to send to the affected customer at the phone number associated with the relevant account concerning the Triggering Event. Georgia Power Dec., Ex. C, at ¶ 17; Interrogatory Responses, Ex. D, at 5.

24. None of the systems PayGo maintains related to providing services to Georgia Power has the capacity to store or produce a telephone number using a random or sequential number generator. PayGo Dec., Ex. E, at ¶ 12.

25. To send that message (or notification) to the customer, Georgia Power, through its agent Southern Company Services, contracts with Twilio Inc. ("Twilio"). Georgia Power Dec., Ex. C, at ¶ 18.

26. Twilio provides a Programmable SMS application programming interface ("API") that connects Georgia Power's software to telecommunications networks, allowing Georgia Power to transmit SMS messages. *Id.* at ¶ 19; Declaration of Martin Price ("Twilio Dec."), attached hereto as **Exhibit F**, at ¶ 4; Interrogatory Responses, Ex. D, at 5.

27. In order for Georgia Power to transmit a message via Twilio's Programmable SMS API, Georgia Power must provide Twilio with an individual, message-specific instruction (a/k/a an API request) to transmit the message. Georgia Power Dec., Ex. C, at ¶¶ 20–21; Twilio Dec., Ex. F, at ¶¶ 5–6, 8.

28. That instruction must contain (1) the individual phone number to which the message is to be sent; (2) reference to valid Twilio-owned phone numbers assigned to Georgia Power from which to send the message; and (3) the message's text content. Georgia Power Dec., Ex. C, at ¶ 20; Twilio Dec., Ex. F, at ¶ 9; Interrogatory Responses, Ex. D, at 5.

29. Twilio does not store, produce, or generate recipient phone numbers for the purpose of sending SMS messages through the Programmable SMS API; Georgia Power must provide a single target phone number in the instruction for every message. Georgia Power Dec., Ex. C, at ¶ 22; Twilio Dec., Ex. F, at ¶¶ 10–11; Interrogatory Responses, Ex. D, at 5.

11273710.1

30. Once Twilio receives a complete and valid instruction, the message is immediately, and individually, sent to the customer by being pushed into the telecommunications network or, if there is an issue with rate limitations, placed in a queue to be pushed when limitations allow. Georgia Power Dec., Ex. C, at ¶ 23; Twilio Dec., Ex. F, at ¶ 7; Interrogatory Responses, Ex. D, at 5.

31. Twilio has provided services to Georgia Power since 2012. Twilio Dec., Ex. F, at ¶ 13.

32. Twilio's systems do not have the capacity to store or produce a telephone number using a random or sequential number generator. *Id.* at ¶ 12; *see also* Interrogatory Responses, Ex. D, at 5.

33. Georgia Power described this process for sending text message alerts to phone numbers related to PrePay accounts in its responses to Franklin's discovery requests. *See* Interrogatory Responses, Ex. D, at 3–6.

34. Georgia Power also identified the declarants for Georgia Power, PayGo, and Twilio. *Id.* at 2–3.

35. Georgia Power's records and documents produced by Franklin in discovery show the only attempts to contact the Phone Number were via the text-based notification process described above. *See* Georgia Power Dec., Ex. C, at ¶¶ 26–28; Text Messages, Ex. A, Interrogatory Responses, Ex. D, at 5.

36. Georgia Power only sent messages to the Phone Number from November 11, 2016, to November 27, 2018. Georgia Power Dec., Ex. C, at ¶ 28; *see also* Spreadsheet of Messages, attached hereto as **Exhibit G**.

37. Georgia Power produced this spreadsheet to Franklin in response to Franklin's Requests for Production. *See* Georgia Power's Responses to Franklin's First Request for Production Directed to Defendant, attached hereto as **Exhibit H**, at 8, 10.

38. At no point did Georgia Power send the Phone Number an artificial or prerecorded voice message. Georgia Power Dec., Ex. C, at ¶ 27; Interrogatory Responses, Ex. D, at 5–6.

39. Georgia Power never attempted to call the Phone Number or connect to the Phone Number with an audio message of any kind. Georgia Power Dec., Ex. C, at ¶ 26; Interrogatory Responses, Ex. D, at 5–6.

40. Furthermore, none of the systems used to contact the Phone Number automatically dialed and/or texted the Phone Number from a preproduced list of phone numbers. Georgia Power Dec., Ex. C, at ¶ 27.

41. Each text-based notification—and all communications with the Phone Number were text-based notifications—was generated and sent to the Phone Number individually in response to a specific occurrence regarding the Account. *Id.*

42. For example, on October 10, 2018, Georgia Power sent the following message to the Phone Number concerning the receipt of a payment:



Text Messages, Ex. A, at 3; *see also* Spreadsheet of Messages, Ex. G, at 1 (showing Georgia Power's record of the message being sent).

43. The other messages sent to the phone number contain similar account notifications. *See, e.g.*, Text Messages, Ex. A, at 5 (message on October 19, 2018: "Your power at 415 FAIRBURN may be turned off soon."); *id.* at 7 (message on October 28, 2018: "You have $8.71 on your account at 415 FAIRBURN, approx. 1 days remain based on daily usage of 32 kWh."); *id.* at 12 (message on November 18, 2018: "$25.00 PMT recvd.  If off, power should be on within 4 hrs.").

44. In addition, none of the systems Georgia Power maintains for communicating with PrePay customers or that were used to contact the Phone Number has or ever had the capacity to store or produce telephone numbers using a

11273710.1

random or sequential number generator. Georgia Power Dec., Ex. C, at ¶ 24; Interrogatory Responses, Ex. D, at 6.

45. Neither do those systems have, nor have they ever had, the capacity to generate telephone numbers by any means. Georgia Power Dec., Ex. C, at ¶ 25; Interrogatory Responses, Ex. D, at 6.

46. All telephone numbers must be manually entered, one-by-one, into these systems. Georgia Power Dec., Ex. C, at ¶ 25; Interrogatory Responses, Ex. D, at 6.

47. Apart from this lawsuit, Franklin has never contacted Georgia Power concerning the messages at issue here. Georgia Power Dec., Ex. C, at ¶ 29; *see* Franklin's Responses to Georgia Power's First Interrogatories and Requests for Production, Ex. B, at 10–11 (identifying the Text Messages as the only communications between Franklin and Georgia Power).

[Signature on Following Page]

Respectfully submitted this 29th day of October, 2021.

*/s/M. Anne Kaufold-Wiggins*
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239
Email: awiggins@balch.com

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, GA 30308
Telephone:  (404) 261-6020
Facsimile:   (404) 261-3656

Jonathan P. Hoffmann
(Admitted Pro Hac Vice)
Email: jhoffmann@balch.com

**BALCH & BINGHAM LLP**
1901 6th Avenue North
Suite 1500
Birmingham, AL 35203
Telephone:  (205) 251-8100
Facsimile:   (205) 226-8799

*Attorneys for Defendant Georgia Power Company*

11273710.1

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 29th day of October, 2021.

                                               */s/M. Anne Kaulfold-Wiggins*
                                               M. Anne Kaufold-Wiggins
                                               Georgia Bar No. 142239

11273710.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system and served via U.S. Mail First Class, postage prepaid mail and electronic mail to the following on this the 29th day of October, 2021:

>Ricky R. Franklin, *pro se*
>708 Brambling Way
>Stockbridge, Georgia 30281

>*/s/M. Anne Kaufold-Wiggins*
>M. Anne Kaufold-Wiggins
>Georgia Bar No. 142239