# EXHIBIT A

of -$3.80. You can pay
at gp.mypay.cc/pp Acct



← **427697**

Oct 7, 2018



GaPowr: Your power at 415
FAIRBURN  may be turned off
soon.  Pay at gp.mypay.cc/pp
Acct # 32309-49222 access
code 388517 Reply STOP to
stop texts

11:58 AM



GaPowr: You have a balance
of -$2.46. You can pay
at gp.mypay.cc/pp Acct
32309-49222 access code
388517 Reply STOP to stop
texts

2:33 PM

Oct 8, 2018



GaPowr: $7.52 PMT recvd. If
off, power should be on within
4 hrs. $5.06 Dollars Remaining;
Def Bal is $0.00 Oct 8 2018

PLN001

remain based on daily usage of
28 kWh. Pay at gp.mypay.cc/pp



← 427697

--------- Oct 10, 2018 ---------



GaPowr: $10.50 PMT recvd. If
off, power should be on within
4 hrs. $6.70 Dollars Remaining;
Def Bal is $0.00, Oct 10 2018
1:36AM. Reply STOP to stop
texts

8:01 AM

--------- Oct 11, 2018 ---------



GaPowr: Your power at 415
FAIRBURN  may be turned off
soon.  Pay at gp.mypay.cc/pp
Acct # 32309-49222 access
code 388517 Reply STOP to
stop texts

11:56 AM



GaPowr: You have a balance
of -$1.83. You can pay
at gp.mypay.cc/pp Acct
32309-49222 access code

PLN002

STOP to stop texts          8:10 PM


← 427697

--- Oct 12, 2018 ---


GaPowr: $33.00 PMT recvd. If off, power should be on within 4 hrs. $31.17 Dollars Remaining; Def Bal is $0.00, Oct 12 2018  7:20AM. Reply STOP to stop texts

8:01 AM

--- Oct 13, 2018 ---


GaPowr: You have $23.07 on your account at 415 FAIRBURN , approx 3 days remain based on daily usage of 39 kWh. Pay at gp.mypay.cc/pp Reply STOP to stop texts

1:04 PM

--- Oct 16, 2018 ---


GaPowr: You have $11.02 on your account at 415 FAIRBURN , approx 1 days

your msg! This is the Home



**427697**

--------- Oct 19, 2018 ---------



GaPowr: Your power at 415 FAIRBURN  may be turned off soon.  Pay at gp.mypay.cc/pp Acct # 32309-49222 access code 388517 Reply STOP to stop texts

1:03 PM



GaPowr: You have a balance of -$0.27. You can pay at gp.mypay.cc/pp Acct 32309-49222 access code 388517 Reply STOP to stop texts

2:32 PM



GaPowr: $20.00 PMT recvd. If off, power should be on within 4 hrs. $19.73 Dollars Remaining; Def Bal is $0.00, Oct 19 2018  8:09PM. Reply

at gp.mypay.cc/pp Acct

32309-49222 access code



← 427697

─ Oct 22, 2018 ─



GaPowr: You have $9.48 on your account at 415 FAIRBURN , approx 1 days remain based on daily usage of 35 kWh. Pay at gp.mypay.cc/pp Reply STOP to stop texts

12:24 PM

─ Oct 25, 2018 ─



GaPowr: Your power at 415 FAIRBURN  may be turned off soon.  Pay at gp.mypay.cc/pp Acct # 32309-49222 access code 388517 Reply STOP to stop texts

6:39 PM



GaPowr: $20.00 PMT recvd. If off, power should be on within 4 hrs. $17.56 Dollars

Nov 7, 2018



← 427697

Oct 28, 2018



GaPowr: You have $8.71 on your account at 415 FAIRBURN , approx 1 days remain based on daily usage of 32 kWh. Pay at gp.mypay.cc/pp Reply STOP to stop texts

12:10 PM

Oct 30, 2018



GaPowr: Your power at 415 FAIRBURN  may be turned off soon.  Pay at gp.mypay.cc/pp Acct # 32309-49222 access code 388517 Reply STOP to stop texts

12:25 PM

GaPowr: You have a balance of -$0.77. You can pay at gp.mypay.cc/pp Acct

PLN006

**(No subject)**

+14042874934@mymetropcs.com <+14042874934@mymetropcs.com>
Mon 3/18/2019 3:00 PM

**To:** rrfrank12@hotmail.com <rrfrank12@hotmail.com>



──────────── Oct 31, 2018 ────────────



GaPowr: You have $34.87 on your account at 415 FAIRBURN , approx 7 days remain based on daily usage of 32 kWh. Pay at gp.mypay.cc/pp Reply STOP to stop texts

11:55 AM

──────────── Nov 4, 2018 ────────────



GaPowr: You have $16.41 on your account at 415 FAIRBURN , approx 3 days remain based on daily usage of 32 kWh. Pay at gp.mypay.cc/pp Reply STOP to stop texts

3:04 PM

PLN007





**427697**

--- Nov 12, 2018 ---

GaPowr: Your power at 415 FAIRBURN  may be turned off soon.  Pay at gp.mypay.cc/pp Acct # 32309-49222 access code 388517 Reply STOP to stop texts

1:28 PM



GaPowr: You have a balance of -$0.66. You can pay at gp.mypay.cc/pp Acct 32309-49222 access code 388517 Reply STOP to stop texts

2:33 PM



GaPowr: $25.00 PMT recvd. If off, power should be on within 4 hrs. $24.34 Dollars Remaining; Def Bal is $0.00, Nov 12 2018, 5:10PM. Reply

388517 Reply STOP to stop



← 427697

 GaPowr: You have $15.58 on your account at 415 FAIRBURN , approx 3 days remain based on daily usage of 31 kWh. Pay at gp.mypay.cc/pp Reply STOP to stop texts

12:14 PM

Nov 16, 2018

 GaPowr: You have $5.12 on your account at 415 FAIRBURN , approx 1 days remain based on daily usage of 32 kWh. Pay at gp.mypay.cc/pp Reply STOP to stop texts

11:10 AM

Nov 17, 2018



PLN011

remain based on daily
usage of 32 kWh. Pay at

← 427697  📞 🗑 ⋮

85% 2:30 PM

—— Nov 17, 2018 ——



GaPowr: Your power at 415
FAIRBURN  may be turned off
soon.  Pay at gp.mypay.cc/pp
Acct # 32309-49222 access
code 388517 Reply STOP to
stop texts

10:50 AM



GaPowr: You have a balance
of -$2.45. You can pay
at gp.mypay.cc/pp Acct
32309-49222 access code
388517 Reply STOP to stop
texts

2:34 PM

—— Nov 18, 2018 ——



GaPowr: You have a balance
of -$8.21. You can pay
at gp.mypay.cc/pp Acct

388517 Reply STOP to stop
texts

✂ ● ⊙ ⌹ ⊕ 📶   4⁹ᵍ 📶 85% ▮ 2:30 PM

← 427697                    📞   🗑   ⋮

2:34 PM

—— Nov 18, 2018 ——

 GaPowr: You have a balance
of -$8.21. You can pay
at gp.mypay.cc/pp Acct
32309-49222 access code
388517 Reply STOP to stop
texts
                                    2:34 PM

 GaPowr: $25.00 PMT recvd.
If off, power should be on
within 4 hrs. $16.79 Dollars
Remaining; Def Bal is $0.00,
Nov 18 2018 3:13PM. Reply
STOP to stop texts
                                    3:14 PM

—— Nov 21, 2018 ——

 GaPowr: You have $6.98
on your account at 415
FAIRBURN , approx 1 days

PLN013