# EXHIBIT C

Case 1:19-cv-03853-MLB   Document 44-4   Filed 10/29/21   Page 1 of 8

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>      Plaintiff,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>) Civil Action File No.<br>) 1:19-cv-03853-MLB<br>)<br>)<br>) |

**DECLARATION OF JEREMY BOWDEN**

Pursuant to 28 U.S.C. § 1746, the undersigned hereby declares as follows:

1. I am over twenty-one years old, suffer from no mental disability, and am legally competent to make this Declaration.

2. I am a Supervisor of Application Development with Southern Company Services, and I have served in that role since 2017.

3. As the product owner for the PrePay system, I am familiar with Georgia Power Company's systems for contacting its customers by telephone, particularly those holding PrePay accounts (discussed further below). Through this familiarity, I have personal knowledge of the business records, practices, and processes of Georgia Power Company, as they relate to telephone-based communications regarding PrePay accounts. I additionally have personal knowledge of the hardware

10261087.14

software used by Georgia Power Company in making these telephone-based communications, as well as the hardware and software used by the only two third-party vendors Georgia Power Company used in making such telephone communications with the PrePay account at issue in the Complaint (the Account, defined below). I am a qualified person authorized to declare and certify on behalf of Georgia Power Company, and this Declaration is based on my personal knowledge.

4.  Prior to giving this declaration, I have reviewed the allegations in Plaintiff's Complaint and relevant Georgia Power Company records related to account number 32309-49222, which is the PrePay account for which the messages identified in the Complaint (more specifically, in paragraph 20 of Complaint) were transmitted (the "Account").

5.  The Account was a PrePay account, active from November 10, 2016, until November 24, 2018, and the only phone number associated with the Account that Georgia Power Company attempted to contact was (404) 287-4934 (the "Phone Number").

6.  With a PrePay account, the customer deposits an amount of funds with Georgia Power Company, and Georgia Power Company draws against that deposit as the customer incurs charges for utility service.

7. When establishing a PrePay account, the customer is required to select a "notification preference" for receiving notifications concerning the customer's account balance, enrollment, pending disconnects, and other messages.

8. Available notification preferences include Short Message Service ("SMS" or "text") messaging and email. Georgia Power Company's records show that on November 11, 2016, the then holder of the Phone Number affirmatively opted in and consented to receive text messages at the Phone Number. Georgia Power Company's records do not contain any opt-out or revocation of that consent.

9. Georgia Power Company, through its agent Southern Company Services, contracts with EnergyComNetwork, Inc. ("PayGo"), who provides a platform for Georgia Power Company that allows Georgia Power Company's PrePay customers to monitor their PrePay accounts.

10. PayGo has provided this platform or similar services to Georgia Power Company since 2014.

11. When a Georgia Power Company customer enrolls in a PrePay account, the customer provides Georgia Power Company with certain contact information, including a phone number.

12. That contact information is then transmitted to PayGo by Georgia Power Company, which creates a customer specific account and then manages the customer's PrePay PayGo account.

13. Only the customer or a Georgia Power Company Customer Service Representative, at the customer's direction, can enter data, such as a phone number or email address, concerning the notification preference. Georgia Power Company only enters or transmits phone numbers provided to it by its customers to PayGo.

14. In all events, customer data, such as a phone number, is manually entered by a Georgia Power Company representative or the customer, it is never randomly or sequentially generated by any computer system.

15. PayGo monitors customers' PrePay accounts for the occurrence of certain events ("Triggering Events"), such as a low balance.

16. When a Triggering Event occurs, PayGo's system notifies Georgia Power Company. The notification sent to Georgia Power includes the fact that the Triggering Event occurred and the phone number associated with the account on which the Triggering Event occurred.

17. Upon receipt of this individualized notification, Georgia Power Company's system then generates a text-based message, drafted by Georgia Power

Company, to send to the customer concerning the event at the phone number associated with the relevant account.

18. To facilitate sending these text-based messages, Georgia Power Company, through its agent Southern Company Services, has contracted with Twilio Inc. ("Twilio").

19. Twilio provides a Programmable SMS application programming interface ("API") that connects Georgia Power Company's software to telecommunications networks, allowing Georgia Power Company to transmit SMS messages.

20. When Georgia Power Company has generated a text message to send to the customer, it sends an instruction, or API request, to Twilio containing (i) the phone number to which the message is to be sent, (ii) reference to valid Twilio-owned phone numbers assigned to Georgia Power Company from which to send the message, and (iii) the message's text content, which never does nor could include an artificial or pre-recorded voice message or audio content of any kind.

21. Every message that Georgia Power Company transmits to Twilio's Programmable SMS API requires an individual message-specific instruction.

22. Twilio does not store, produce, or generate recipient phone numbers for the purpose of sending SMS messages through the Programmable SMS API. The

5

targeted phone number must be provided in the individualized instruction for each message.

23. When Twilio receives a complete instruction, the message is sent, individually, to the target customer by being pushed into the telecommunications network (the process outlined in Paragraphs 15–22 above collectively resulting in a "Notification").

24. None of the systems Georgia Power Company maintains for communicating with PrePay customers (including without waiver by sending Notifications) or that were used to contact the Phone Number has or ever had the capacity to store or produce telephone numbers, using a random or sequential number generator.

25. None of the systems Georgia Power Company maintains for communicating with PrePay customers (including without waiver by sending Notifications) or that were used to contact the Phone Number has or ever had the capacity to generate telephone numbers by any means. All telephone numbers must be manually entered, one-by-one, into these systems.

26. Georgia Power Company's records show that it never sent the Phone Number an artificial or pre-recorded voice message. Georgia Power Company's records show that the only attempts to contact the Phone Number were Notifications,

and Georgia Power Company never attempted to call the Phone Number or connect to the Phone Number with an audio message of any kind.

27. None of the systems that were used to contact the Phone Number automatically dialed and/or texted the Phone Number from a pre-produced list of phone numbers. Each Notification—the only telephone based communications with the Phone Number—was generated and sent to the targeted Phone Number, individually, in response to a specific occurrence regarding the Account. The process described above has been in place since 2014.

28. All SMS text messages (each a Notification) sent by Georgia Power Company to the Phone Number were sent via the processes described herein between November 11, 2016, and November 27, 2018.

29. Apart from this lawsuit, Plaintiff Ricky R. Franklin has never contacted Georgia Power Company concerning the Notifications sent to the Phone Number.

Executed this 2 day of Sept, 2021.

_____
Jeremy Bowden

7

10261087.14