# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action File No.<br>) 1:19-cv-03853-MLB<br>)<br>)<br>) |

## DECLARATION OF JARED GILSTRAP

Pursuant to 28 U.S.C. § 1746, the undersigned hereby declares as follows:

1. I am over twenty-one years old, suffer from no mental disability, and am legally competent to make this Declaration.

2. I am Senior Director of Product with EnergyComNetwork, Inc. ("PayGo"), and I have served in that role since 2014.

3. As Senior Director of Product, I am familiar with PayGo's systems and services, including services provided to Southern Company Services. Through this familiarity, I have personal knowledge of the business records, practices, and processes of PayGo, as they relate to the services it provides to Georgia Power Company. I additionally have personal knowledge of the hardware and software used by PayGo in providing services to Georgia Power Company. I am a qualified

person authorized to declare and certify on behalf of PayGo, and this Declaration is based on my personal knowledge.

4. PayGo provides a platform for utility companies, such as Georgia Power Company, that allows the utility companies' customers to monitor accounts where the customer pays for utility service as it is consumed (i.e., "pay as you go" or "PrePay" accounts).

5. PayGo has provided this platform or similar services to Georgia Power Company since 2014.

6. PayGo accounts related to Georgia Power Company arise when a Georgia Power Company customer enrolls in a PrePay account with Georgia Power Company. Customers provide Georgia Power Company certain contact information, including their phone number, which is then transmitted to PayGo. PayGo creates a customer specific account and then manages their PrePay PayGo account.

7. Customers also have the ability to enter information, such as phone numbers, directly into their PayGo account after its creation.

8. PayGo monitors customers' accounts for the occurrence of certain events ("Triggering Events"), such as a low balance.

9. When a Triggering Event occurs, PayGo's system notifies Georgia Power Company. That notification includes the fact the Triggering Event occurred

and the phone number associated with the account on which the Triggering Event occurred.

10. Notifications to Georgia Power Company are not generated unless Triggering Events occur; all notifications related to a customer are directly tied to the occurrence of specific events concerning that individual customer's account.

11. Notifications concerning Georgia Power Company's customers are transmitted only to Georgia Power Company; PayGo's systems do not send notices or other messages to Georgia Power Company's customers or any other individual or third party.

12. None of the systems PayGo Utilities maintains related to providing services to Georgia Power Company has the capacity to store or produce a telephone number using a random or sequential number generator.

13. The process described above has been in place since 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this \_\_2\_\_ day of August, 2021.

_____
Jared Gilstrap

3