# EXHIBIT F

DocuSign Envelope ID: AC89D98F-DC19-488F-AC77-A65A3FB5D922

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action File No. |
| GEORGIA POWER COMPANY, | ) 1:19-cv-03853-MLB ) |
| Defendant. | ) ) ) |

## DECLARATION OF MARTIN PRICE

Pursuant to 28 U.S.C. § 1746, the undersigned hereby declares as follows:

1. I am over twenty-one years old, suffer from no mental disability, and am legally competent to make this Declaration.

2. I am a Director, Solutions Engineering, with Twilio, and I have served in that role since October 2020.

3. As a member of the Solutions Engineering team, I am familiar with Twilio's systems and services, including the Twilio services provided to Georgia Power Company/Southern Company Services. Through this familiarity, I have personal knowledge of the business records, practices, and processes of Twilio, as

10415422.3

they relate to the services it provides to Georgia Power Company/Southern Company Services. I additionally have personal knowledge of the hardware and software used by Twilio in providing services to Georgia Power Company/Southern Company Services. I am a qualified person authorized to declare and certify on behalf of Twilio, and this Declaration is based on my personal knowledge.

4. Twilio provides a Programmable SMS application programming interface ("API") that connects Twilio's customers' software to telecommunications networks, allowing customers to transmit Short Message Service ("SMS") messages.

5. In order for Georgia Power Company/Southern Company Services to transmit a message via Twilio's Programmable SMS API, Georgia Power Company/Southern Company Services's software must provide Twilio with an instruction, or API request, to transmit the message.

6. Every message that Georgia Power Company/Southern Company Services transmits to Twilio's Programmable SMS API requires an individual instruction. For example, if a Twilio customer, including Georgia Power Company/Southern Company Services, wants to send 10 messages, Twilio's Programmable SMS API must receive 10 separate instructions. Twilio's

10415422.3

Programmable SMS API cannot transmit messages in batches from a single instruction.

7. Once Twilio receives a complete and valid instruction, the message is immediately pushed into the telecommunications network or, if there is an issue with rate limitations, placed in a queue to be pushed when limitations allow.

8. Twilio will not process a Programmable SMS API request to send an SMS message from Georgia Power Company/Southern Company Services without receiving a complete and valid instruction to do so from Georgia Power Company/Southern Company Services.

9. Among other things, every Programmable SMS API request from a customer must contain a valid phone number to which the message is to be sent, and reference valid Twilio phone numbers provisioned to the customer from which to send the message, and the message content.

10. Twilio does not store or generate recipient phone numbers for the purpose of sending SMS messages through the Programmable SMS API. The recipient phone number must be provided in the instruction for every message.

11. At no time is the recipient phone number ever stored randomly or sequentially or produced randomly or sequentially by Twilio's Programmable SMS systems. Twilio's systems cannot and do not generate phone numbers in any manner.

3

10415422.3

12. Twilio's systems do not have the capacity to store or produce a telephone number using a random or sequential number generator.

13. Twilio has contracted to provide services to Georgia Power Company/Southern Company Services since August 15, 2012.

14. The process described above has been in place since 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  24     day of August, 2021.

DocuSigned by:

Martin Price

7617A01C35484FE...

Martin Price, Director, Solutions Engineering – Enterprise West

10415422.3